Timothy Williams, Esq.
Tim Williams Law Firm, PLLC
44 N. 2nd St. Ste. 701
Memphis, TN 38103
Email: williamstimothyj@bellsouth.net
Telephone (901) 525-3338
Attorney for Defendant
RACHEL LEANNA ROSS

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE No: CR 16-05-H-DLC |
| VS. | NOTICE OF ACKNOWLEDGEMENT |
| RACHEL LEANNA ROSS, | |
| DEFENDANT. | |

Comes now under signed counsel, Timothy Williams, and gives to this Court notice of acknowledgment of the Court's Order dated May 31, 2016 in which undersigned counsel was admitted *pro hac vice* in this case. Undersigned counsel, Timothy Williams, acknowledges the terms in the Order including that his admission was granted on the following conditions: (1) undersigned counsel must do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear

and participate personally. Undersigned counsel has already registered in the Court's electronic filing system.

                                Respectfully submitted,

                                /s/ Timothy Williams
                                Timothy Williams
                                Tim Williams Law Firm, PLLC
                                44 N. 2nd St. Ste. 701
                                Memphis, TN 38103
                                Email: williamstimothyj@bellsouth.net
                                Telephone (901) 525-3338
                                Attorney for Defendant
                                RACHEL LEANNA ROSS

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2016, a copy of the foregoing document has been served on the following persons by the following means:

\_1,2,3\_\_ CM/ECF

\_\_\_ Hand Delivery

\_\_\_ Mail

\_\_\_ Overnight Delivery Service

\_\_\_ Fax

\_\_\_ E-Mail

1. CLERK, UNITED STATES DISTRICT COURT OF MONTANA

2. Joseph Thaggard, Esq.
   Assistant U.S. Attorney
   901 N. Front Street, Suite 1100
   Helena, MT 59626
   Counsel for the United States of America

3. Scott Owens, Esq.
   54 N. Last Chance Gulch, Suite 7
   Helena, MT 59601
   Attorney for Defendant Rachel Ross

By: _____
Timothy Williams
Attorney for Defendant